Michael Leonard JONES *v*. STATE of Arkansas

CR 96-1192                                    929 S.W.2d 722

Supreme Court of Arkansas
Opinion delivered October 21, 1996

*Charles A. Potter*, for appellant.

PER CURIAM. Appellant Michael Leonard Jones, by his attorney, has filed for a rule on the clerk. His attorney, Charles A. Potter, admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979)(per curiam). A copy of this opinion will be forwarded to the Committee on Professional Conduct.